**Tammie G. OLDENBURG, Respondent,**

v.

**PHILLIPS & TEMRO CORPORATION, et al., Appellants,**

**Medica Choice by HRI, Intervenor,**

**Texa–Tonka Management, Intervenor,**

**Bradley P. Kuntz, D.C., Intervenor,**

**Blue Cross/Blue Shield of Minnesota, Intervenor.**

No. CX–99–1993.

Supreme Court of Minnesota.

Feb. 15, 2000.

Cousineau, McGuire & Anderson, Chartered, Mark A. Kleinschmidt and Lisa M. Alioto, Minneapolis, for appellants.

---

Chochrane Law Office, P.A., Charles M. Cochrane, Roseville, for respondent.

### O R D E R

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of

Appeals filed October 29, 1999, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
/s/Alan C. Page
Associate Justice